

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00037-CV

**JAMES NICHOLS, MELISSA NICHOLS,
MARTHA MOORE, AND EDWARD NICHOLS,
INDIVIDUALLY AND AS HEIRS OF THE
ESTATE OF MELODY NICHOLS,**

Appellants

 **v.**

**STEVE MCKINNEY,**

Appellee

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 89372

## O R D E R

Appellee's Unopposed Motion for Extension of time to file Motion for Rehearing,

filed on March 29, 2018, is granted.  Appellee's motion for rehearing is due April 30, 2018.

PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Judge Towslee-Corbett[1]
Motion granted
Order issued and filed April 4, 2018

---

[1] The Honorable Reva Towslee Corbett, Judge of the 335th District Court of Bastrop, Burleson, Lee, and Washington Counties, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code.  *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).